IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   21-cr-00006-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **EPSILON DATA MANAGEMENT, LLC,**

    Defendant.

## ORDER

The Court has reviewed the Joint Notice of Agreement and Motion for Deferral of Prosecution ("Joint Motion for Deferral") and the Deferred Prosecution Agreement, attached as Exhibit 1 to the Joint Motion for Deferral, at ECF. No. [ ], and orders that the Joint Motion for Deferral is GRANTED.  The Court further orders that

(1) All proceedings and deadlines in this matter are stayed for 30 months from the date of this Order;

(2) Pursuant to 18 U.S.C. § 3161(h)(2), 30 months are excluded in computing the time within which the trial of offenses relating to this matter must commence; and

(3) The parties are to file a joint status report not later than 30 days prior to the conclusion of the term of the Deferred Prosecution Agreement.

DATED this ____ day of _____, 2021.

BY THE COURT:

_____
The Honorable Raymond P. Moore
United States District Judge